### Superior Chemical & Engineering Company, Appellant, v. Gem City Hotel Company et al., Appellees.

APPEAL AND ERROR—*when decree will be reversed and cause remanded.* When appellees file no brief in a case, the decree will be reversed and the cause remanded.

Appeal from the Circuit Court of Adams county; the Hon. ALBERT AKERS, Judge, presiding. Heard in this court at the October term, 1921. Reversed and remanded. Opinion filed January 4, 1922.

WILLIAM GARNETT and M. FINLAY CARROTT, for appellant.

No appearance for appellees.

MR. JUSTICE HEARD delivered the opinion of the court.

Appellees having filed no brief in this case, in accordance with the rules in such case made and provided, the decree is reversed and the cause remanded.

*Reversed and remanded.*